## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

IN RE:                                                                      Case No:    05-35456

ROSA C TANNER

SSN#: XXX-XX-8586

### NOTICE TO THE DEBTOR

Our records indicate that you have completed your Chapter 13 plan payments.

You will be mailed a Final Report and Account which takes approximately 3-4 months.  Please contact your attorney if you have any further questions.

Allow me to offer my congratulations.

**CORRESPONDENCE ADDRESS:**                    **LOCKBOX ADDRESS:**

Warren L. Tadlock                                              Warren L. Tadlock
Standing Chapter 13 Trustee                            Chapter 13 Trustee
4600 Park Rd Ste 101                                       PO BOX 792
Charlotte, NC  28209-0201                              Memphis, TN 38101-0792
704/372-9650                                                  704/372-9650

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on October 20, 2010.

L. Long

Office of the Chapter 13 Trustee

ROSA C TANNER, 2318 TANNER ROAD, MARSHVILLE, NC  28103

Total Served: 1