**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In Re: | Case No: 05-35456 |
| ROSA C TANNER | SSN#1 - XXX-XX-8586 |
| 2318 TANNER ROAD | |
| MARSHVILLE, NC 28103 | |
| | Judge: George R. Hodges |

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**COMPLETED**

This Case was                                         The Plan was
Commenced on 10/14/2005                      Confirmed on 01/03/2006

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS: Amounts paid to Trustee by or for the Debtor for the benefit of Creditors: $33,500.00

Composition Plan. Minimum payout to unsecured creditors = 10%.

## CLAIMS AND DISTRIBUTIONS TO DATE

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 2,014.83 | 2,014.83 | |
| 1 | | ROBERT PREVOST | B-Base Attorney Fee(s) | 670.00 | 670.00 | 0.00 |
| 2 | | ROBERT PREVOST | B-Base Attorney Fee(s) | 630.00 | 630.00 | 0.00 |
| 20 | | LOWES | P-Priority | 0.00 | 0.00 | 0.00 |
| 21 | | MERIDIAN FINANCIAL SERVICES | P-Priority | 0.00 | 0.00 | 0.00 |
| 25 | | CLERK, U.S. BANKRUPTCY COURT | P-Priority | 7,929.00 | 7,929.00 | 826.51 |
| 4 | | INTERNAL REVENUE SERVICE | P-Priority | 690.40 | 690.40 | 0.00 |
| 6 | | NC DEPARTMENT OF REVENUE | P-Priority | 0.00 | 0.00 | 0.00 |
| 3 | | SUNTRUST BANK | S-Secured-Pro-Rata | 15,392.59 | 15,392.59 | 2,253.03 |
| 24 | | PREMIER FEDERAL CREDIT UNION | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 26 | | UNION PATHOLOGY ASSOCIATES INC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 28 | | CAROLINAS MEDICAL CENTER-UNION | U-Unsecured | 810.19 | 81.02 | 0.00 |
| 22 | | MONROE RADIOLOGY | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 18 | | ECAST SETTLEMENT CORP | U-Unsecured | 402.55 | 40.26 | 0.00 |
| 5 | | INTERNAL REVENUE SERVICE | U-Unsecured | 30.76 | 3.08 | 0.00 |
| 8 | | ROUNDUP FUNDING LLC | U-Unsecured | 965.54 | 96.55 | 0.00 |
| 9 | | PORTFOLIO RECOVERY ASSOCIATES | U-Unsecured | 7,810.55 | 781.06 | 0.00 |
| 12 | | ECAST SETTLEMENT CORP | U-Unsecured | 6,525.47 | 652.55 | 0.00 |
| 13 | | ROUNDUP FUNDING LLC | U-Unsecured | 1,903.38 | 190.34 | 0.00 |
| 15 | | DISCOVER BANK | U-Unsecured | 5,305.73 | 530.57 | 0.00 |
| 16 | | CHARMING SHOPPES FASHION BUG | U-Unsecured | 159.89 | 15.99 | 0.00 |
| 14 | | CITI CARDS | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 10 | | COLLECT AMERICA | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 11 | | STUART M SESSOMS JR | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 7 | | NC DEPARTMENT OF REVENUE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 19 | | JCPENNEY COMPANY INC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 17 | | FASHION BUG | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 23 | | PRINCE PARKER & ASSOC INC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 29 | | MICHAEL ANTHONY TANNER | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 30 | | UNION COUNTY TAX COLLECT | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 31 | | TOWN OF MARSHVILLE | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 27 | | PRINCE PARKER & ASSOC | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | **Totals** | **$51,240.88** | **$29,718.24** | **$3,079.54** |

Case No.  05-35456    ROSA C TANNER

    WHEREFORE,  your Petitioner prays that a Final Decree be entered discharging Warren L. Tadlock as Trustee and releasing Warren L. Tadlock and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

CERTIFICATE OF SERVICE

/s/  Warren L. Tadlock

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on December 07, 2010.

Warren L. Tadlock, Trustee

L.  Long

Office of the Chapter 13 Trustee

ROSA C TANNER,  2318 TANNER ROAD,   MARSHVILLE, NC  28103

Total Served: 1